Eugene BOWLER

v.

COMMISSIONER OF INLAND FISHER-
IES AND WILDLIFE, et al.

Supreme Judicial Court of Maine.

Submitted on Briefs Jan. 7, 1988.
Decided Feb. 1, 1988.

Eugene Bowler, pro se.

James E. Tierney, Atty. Gen., H. Ca-
banne Howard, Deputy Atty. Gen., Augus-
ta, for defendant.

Before McKUSICK, C.J., and
NICHOLS, ROBERTS, WATHEN,
GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

The plaintiff, Eugene Bowler, ap-
peals from a judgment of the Superior
Court, Knox County, dismissing his com-
plaint seeking to enjoin the issuance of
permits to kill fawns. On appeal, Bowler
contends that (1) the Legislature has not
authorized the killing of fawns and (2) the
killing of fawns constitutes an unconstitu-
tional taking of private property. Finding
no merit in either of these contentions, we
affirm the judgment. *See State v. McKin-
non,* 153 Me. 15, 18, 133 A.2d 885, 887
(1957).

The entry is:

Judgment affirmed.

All concurring.

STATE of Maine

v.

Rodney DUBE.

Supreme Judicial Court of Maine.

Submitted on Briefs Jan. 5, 1988.
Decided Feb. 1, 1988.

Janet T. Mills, Dist. Atty., Walter Han-
stein, Asst. Dist. Atty., Farmington, for
plaintiff.

John C. Sheldon, Morton, Sheldon & Un-
derkuffler, Farmington, for defendant.

Before McKUSICK, C.J., and
NICHOLS, ROBERTS, WATHEN,
GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION

Rodney Dube appeals his conviction fol-
lowing a jury trial in Superior Court,
Franklin County, of operating under the
influence, 29 M.R.S.A. § 1312–B (Supp.
1987). We find no merit in Dube's sole
contention on appeal that the trial court
erred in ruling the chemist's certificate ad-
missible in evidence. *See Jagoe v. Block-
som,* 440 A.2d 1022 (Me.1982).

The entry is: Judgment affirmed.

All concurring.